◎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lubben, Mia Angela | Docket No. | 0980 2:24CR00101-RLP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mia Angela Lubben, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 12th day of September 2024 (ECF No. 27) and again on the 16th day of October 2024 (ECF No. 30), under the following conditions:

**Condition #11 (ECF No 27):** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether is legal under state law.

**Additional Condition #3 (ECF No. 30):** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 23, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Lubben. Ms. Lubben acknowledged an understanding of the conditions at that time.

**Violation #1:** Mia Angela Lubben is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine and cocaine on January 28, 2025.

On January 27, 2025, Ms. Lubben contacted the undersigned officer by telephone and admitted she "took one hit" of methamphetamine on January 26, 2025. Subsequently, Ms. Lubben was instructed to report to the U.S. Probation Office on January 28, 2025, to submit to drug testing.

On January 28, 2025, Ms. Lubben reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and cocaine. Ms. Lubben admitted she ingested methamphetamine on January 26, 2025, and signed a substance abuse admission form.

Ms. Lubben denied knowingly ingesting cocaine. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) to be tested for the presence of cocaine.

On January 30, 2025, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

**Violation #2:** Mia Angela Lubben is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on December 5, 2024, and January 23, 2025.

On October 23, 2024, the undersigned officer referred Ms. Lubben to the phase urinalysis program at Pioneer Human Services (PHS). Ms. Lubben was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

PS-8
Re: Lubben, Mia Angela
February 6, 2025
Page 2

Ms. Lubben failed to report for random drug testing at PHS on December 5, 2024, and January 23, 2025.

It should be noted that Ms. Lubben did report to the U.S. Probation Office and provided a urine specimen that tested negative for controlled substances.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    February 6, 2025

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

## THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 7, 2025
Date