# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

ECF No. 65

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2025**

SEAN F. McAVOY, CLERK

U.S.A. vs.    Neal, Mia Angela    Docket No.    0980 2:24CR00101-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mia Angela Neal, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 12th day of September 2024 (ECF No. 27) and again on the 16th day of October 2024 (ECF No. 30), under the following conditions:

**General Condition #8 (ECF No. 27):** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside of this geographical area with advance notice and approval from U.S. Probation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 23, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Neal. Ms. Neal acknowledged an understanding of the conditions at that time.

**Violation #8:** Mia Angela Neal is alleged to have violated the conditions of pretrial release supervision by traveling to the District of New Mexico without advance notice and approval from U.S. Probation/Pretrial Services.

Available records indicate on August 31, 2025, Ms. Neal was arrested in Roosevelt County, New Mexico, on a warrant previously issued by the Court on April 16, 2025, in the instant federal matter for alleged violations of pretrial release supervision. Ms. Neal did not receive approval from U.S. Probation/Pretrial Services to travel to the District of New Mexico.

On September 5, 2025, Ms. Neal appeared before the Honorable Barbara S. Evans, U.S. Magistrate Court, in the District of New Mexico for the purpose of an initial appearance on the above-noted issued warrant. Ms. Neal waived her preliminary and detention hearings at that time. Subsequently, Ms. Neal was detained and ordered to be returned to the Eastern District of Washington.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| by | Executed on: September 9, 2025 |
|  | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Neal, Mia Angela**
**September 9, 2025**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

9/9/2025
_____
Date